Form 6-Summary (10/06)

# United States Bankruptcy Court
## Western District of New York

In re    **David L. Teets,**
           **Rosalia J. Teets**

Case No.   **2-07-20068**

                          Debtors

Chapter          **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 514,118.00 | | |
| B - Personal Property | Yes | 4 | 19,000.85 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 567,331.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 884.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 194,006.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,956.54 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,107.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 533,118.85 | | |
| Total Liabilities | | | | 762,221.78 | |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037 Description: Main Document , Page 1 of 55            Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re   **David L. Teets,**
      **Rosalia J. Teets**

Case No. ___**2-07-20068**___

,
                         Debtors

Chapter _____**13**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 884.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 884.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,956.54 |
| Average Expenses (from Schedule J, Line 18) | 3,107.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,142.02 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 48,684.17 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 884.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 194,006.24 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 242,690.41 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6A
(10/05)

In re  **David L. Teets,**
       **Rosalia J. Teets**
                                         ,

Case No.    **2-07-20068**

Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 800 Pre Emption Road, Geneva NY 14456.** | **Fee simple** | **H** | **294,118.00** | **339,000.00** |
| **2925 County Road 6, Geneva, NY 14456.** | **Tenants by the Entirety** | **J** | **220,000.00** | **213,346.37** |

|  | Sub-Total > | **514,118.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **514,118.00** |  |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Case 2-07-20068-JCN,   Doc 11,   Filed 01/26/07,   Entered 01/26/07 10:50:04,
Description: Main Document  , Page 3 of 55

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037
              Best Case Bankruptcy

Form B6B
(10/05)

In re     **David L. Teets,**        Case No.    __2-07-20068__
          **Rosalia J. Teets**

,
Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Cash on hand** | J | 320.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Seneca Falls savings account** | W | 800.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit for utilities.** | H | 4,000.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Basic household furnishings including 2 livingroom suites, 1 dinning room suite, 2 bedroom suites, 1 TV, 1 radio-CD player, 1 desk, 1 recliner, 8 end tables and 2 sets of dishes.** | J | 3,539.95 |
| | | **6 lamps, 1 TV, 1 piano, washer and dryer.** | J | 800.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **40 CD's** | W | 200.00 |
| 6.   Wearing apparel. | | **Clothing and shoes** | J | 500.00 |
| 7.   Furs and jewelry. | | **Wife's wedding ring** | W | 45.00 |
| | | **Wife's watch, purchased at Wal-Mart.** | W | 14.95 |
| | | **Husband's wedding band** | H | 45.00 |
| | | **Husband's watch, purchased at Wal-Mart.** | H | 39.95 |
| | | **1 engagement ring** | W | 220.00 |
| | | **Costume jewelry including 4 necklaces and earrings** | W | 60.00 |

Sub-Total >     **10,584.85**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form B6B
(10/05)

In re  **David L. Teets,**
       **Rosalia J. Teets**
                                                    Case No.  **2-07-20068**
                                            ,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Country Valley Collision. David Teets has 100% interest.** | H | 1.00 |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     <b>1.00</b><br>(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Case 2-07-20068-JCN,   Doc 11,   Filed 01/26/07,   Entered 01/26/07 10:50:04,
Description: Main Document  , Page 5 of 55

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **David L. Teets,**                               Case No.    **2-07-20068**

           **Rosalia J. Teets**

                                     Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Olds Bravada (72,000 miles) | W | 5,580.00 |
| | | 1996 Ford F150 (106,000 miles) | H | 2,060.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

                                                           Sub-Total >       **7,640.00**
                                                          (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

In re    **David L. Teets,**
       **Rosalia J. Teets**

Case No.    __2-07-20068__

_____ ,

Debtors

## SCHEDULE B. PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lawn furniture, push mower, ride mower, log splitter, assorted garden tools, chain saw and tiller.** | **J** | **775.00** |

|  |  |
|---|---|
| Sub-Total > | **775.00** |
| (Total of this page) | |
| Total > | **19,000.85** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6C
(10/05)

In re    **David L. Teets,**                      Case No.    **2-07-20068**

          **Rosalia J. Teets**

                                  Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. §522(b)(2)

■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **2925 County Road 6, Geneva, NY  14456.** | **NYCPLR § 5206(a)** | **100,000.00** | **220,000.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Deposit for utilities.** | **NYCPLR § 5205(g)** | **4,000.00** | **4,000.00** |
| **Household Goods and Furnishings** | | | |
| **Basic household furnishings including 2 livingroom suites, 1 dinning room suite, 2 bedroom suites, 1 TV, 1 radio-CD player, 1 desk, 1 recliner, 8 end tables and 2 sets of dishes.** | **NYCPLR § 5205(a)(5)** | **3,539.95** | **3,539.95** |
| **Wearing Apparel** | | | |
| **Clothing and shoes** | **NYCPLR § 5205(a)(5)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Wife's wedding ring** | **NYCPLR § 5205(a)(6)** | **45.00** | **45.00** |
| **Wife's watch, purchased at Wal-Mart.** | **NYCPLR § 5205(a)(6)** | **14.95** | **14.95** |
| **Husband's wedding band** | **NYCPLR § 5205(a)(6)** | **45.00** | **45.00** |
| **Husband's watch, purchased at Wal-Mart.** | **NYCPLR § 5205(a)(6)** | **39.95** | **39.95** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Olds Bravada (72,000 miles)** | **Debtor & Creditor Law § 282(1)** | **2,400.00** | **5,580.00** |
| **1996 Ford F150 (106,000 miles)** | **Debtor & Creditor Law § 282(1)** | **600.00** | **2,060.00** |
| Total: | | **111,184.85** | **235,824.85** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **David L. Teets,**
     **Rosalia J. Teets**

Case No.   **2-07-20068**

                                ,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Barry Budgar** <br>**800 Pre Emption Road** <br>**Geneva, NY 14456** | X | H | **Personal Guranty of Corporate Debt secured by business property** <br><br>**Location: 800 Pre Emption Road, Geneva NY 14456.** <br><br> Value $    **294,118.00** | | | | **85,000.00** | **44,882.00** |
| Account No. **2564** <br><br>**Credit Acceptance Corp.** <br>**P. O. Box 513** <br>**Southfield, MI 48037** | | W | **10/2004** <br><br>**Car loan** <br><br>**2000 Olds Bravada (72,000 miles)** <br><br> Value $    **5,580.00** | | | | **7,580.00** | **2,000.00** |
| Account No. <br><br>**Gary Race** <br>**3970 Stoddard Road** <br>**Canandaigua, NY 14424** | X | H | **8/11/1999** <br><br>**Personal Guaranty of Corporate debt secured by business property** <br>**Location: 800 Pre Emption Road, Geneva NY 14456.** <br> Value $    **294,118.00** | | | | **254,000.00** | **0.00** |
| Account No. **0337** <br><br>**Household Bank** <br>**6602 Convoy Court** <br>**San Diego, CA 92111** | | J | **Car loan deficiency** <br><br>**1996 Ford F150 (106,000 miles)** <br><br> Value $    **2,060.00** | | | | **3,862.17** | **1,802.17** |

 **2**    continuation sheets attached

Subtotal
(Total of this page)    **350,442.17**    **48,684.17**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re    **David L. Teets,**                              Case No.   **2-07-20068**
        **Rosalia J. Teets**

                                        ,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Household Bank** | | | **First Financial Asset Management**<br>**re: Worldwide Asset Management**<br>**P. O. Box 6887**<br>**Miramar Beach, FL 32550**<br><br>Value $ | | | | | |
| Account No. **5775**<br><br>**IMC Mortgage**<br>**P.O. Box 31513**<br>**Tampa, FL 33631** | | J | **6/2005**<br><br>**Mortgage**<br><br>**2925 County Road 6, Geneva, NY 14456.**<br><br>Value $    **220,000.00** | | | | **33,586.04** | **0.00** |
| Account No.<br><br>**Representing:**<br>**IMC Mortgage** | | | **Mackay, Caswell & Callahan**<br>**246 North Main Street, Suite 201**<br>**Herkimer, NY 13350**<br><br>Value $ | | | | | |
| Account No. **1095**<br><br>**NYS Department of Taxation & Finance**<br>**340 East Main Street**<br>**Rochester, NY 14604** | | H | **1/2005**<br><br>**State tax lien. Filed in Ontario County only on 1/18/05.**<br><br>Value $    **294,118.00** | | | | **3,543.00** | **0.00** |
| Account No. **7962**<br><br>**Wells Fargo Bank**<br>**3476 Stateview Blvd.**<br>**Fort Mill, SC 29715** | | J | **April, 1997**<br><br>**Mortgage**<br><br>**2925 County Road 6, Geneva, NY 14456.**<br><br>Value $    **220,000.00** | | | | **179,760.33** | **0.00** |
| Sheet **1** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | **216,889.37** | **0.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re     **David L. Teets,**             Case No.    **2-07-20068**
        **Rosalia J. Teets**

_____ ,
Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Representing:**<br>**Wells Fargo Bank** | | | | | **Steven J. Baum, Esq.**<br>**re: Wells Fargo Home Mortgage**<br>**P.O. Box 1291**<br>**Buffalo, NY 14240**<br><br>Value $ | | | | | |
| Account No. | | | | | <br><br>Value $ | | | | | |
| Account No. | | | | | <br><br>Value $ | | | | | |
| Account No. | | | | | <br><br>Value $ | | | | | |
| Account No. | | | | | <br><br>Value $ | | | | | |
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | | Subtotal<br>(Total of this page) | | | | 0.00 | 0.00 |
| | | | | | Total<br>(Report on Summary of Schedules) | | | | 567,331.54 | 48,684.17 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Official Form 6E (10/06)

In re   **David L. Teets,**                              Case No. ___**2-07-20068**_____
        **Rosalia J. Teets**
_____,
                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1   continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **David L. Teets,**　　　　　　　　　　　　　　　Case No.　**2-07-20068**
　　　　**Rosalia J. Teets**

　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **790A** <br><br> **US Treasury-Financial Management P. O. Box 830794 Birmingham, AL 35283** | | J | **9/2005** <br><br> **Government overpayment** | | | | | 0.00 |
| | | | | | | | 42.00 | 42.00 |
| Account No. **5494** <br><br> **US Treasury-Financial Management P. O. Box 830794 Birmingham, AL 35283** | | W | **10/2003** <br><br> **Government overpayment** | | | | | 0.00 |
| | | | | | | | 842.00 | 842.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | 884.00 | 884.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | 884.00 | 884.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　Best Case Bankruptcy

Case 2-07-20068-JCN, Doc 11, Filed 01/26/07, Entered 01/26/07 10:50:04,
Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **David L. Teets,**  **Rosalia J. Teets**

Case No. **2-07-20068**

Debtors,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2710**<br><br>**Capital One**<br>**P. O. Box 30281**<br>**Salt Lake City, UT 84130-0281** | | W | **1/2002**<br>**Consumer credit** | | | | **1,162.00** |
| Account No.<br><br>**Capital One Bank**<br>**6851 Jericho Turnpike**<br>**Suite 190**<br>**Syosset, NY 11791** | | W | **4/23/04**<br>**Judgment entered in Geneva City Court of Ontario County on 4/23/04.** | | | | **2,653.97** |
| Account No.<br><br>**Representing:**<br>**Capital One Bank** | | | **Mullooly, Jeffrey**<br>**4 Bridge St.**<br>**Glen Cove, NY 11542** | | | | |
| Account No. **7872**<br><br>**CBCS**<br>**re: Finger Lakes Medical Association**<br>**821 Pre Empton Road, Bldg. 100**<br>**Geneva, NY 14456** | | W | **Medical services** | | | | **118.00** |

__8__ continuation sheets attached

Subtotal (Total of this page)    **3,933.97**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037  S/N:27535-061102   Best Case Bankruptcy

In re    **David L. Teets,**
      **Rosalia J. Teets**          Case No.    **2-07-20068**

_____,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2373**<br><br>**Citi Financial<br>P. O. Box 499<br>Hanover, MD 21076** | | W | **10/1998**<br>**Consumer credit** | | | | 694.00 |
| Account No. **6677**<br><br>**Credigy<br>3950 Johns Creek, Suite 100<br>Suwanee, GA 30024** | | J | **12/2002**<br>**Consumer credit** | | | | 8,962.93 |
| Account No.<br><br>**Representing:<br>Credigy** | | | **Stewart & Associates, P.C.<br>P. O. Box 2629<br>Suwanee, GA 30024** | | | | |
| Account No. **5745**<br><br>**Creditors Collection Service<br>re: New York Central Mutual<br>319 W. Water Street<br>Elmira, NY 14902** | | H | **7/2000**<br>**Consumer credit** | | | | 865.00 |
| Account No. **7905**<br><br>**Debt Alert<br>re: Travelers Indemnity<br>300 Arboretum Place<br>P. O. Box 26446<br>Richmond, VA 23261-6446** | | H | **Trade debt** | | | | 1,022.16 |

Sheet no. __**1**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,544.09**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **David L. Teets,**
    **Rosalia J. Teets**
                                         ,

Case No. __**2-07-20068**__

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1636**<br><br>**Delta Management Associates, Inc.**<br>**re: Citizens Bank**<br>**100 Everett Ave., Suite 6**<br>**P.O. Box 9191**<br>**Chelsea, MA 02150-9191** | | H | **Trade debt** | | | | 4,453.77 |
| Account No. **3786**<br><br>**Dominick P. Massa**<br>**20 Crescent Drive**<br>**Geneva, NY 14456-1360** | | H | **5/2001**<br>**Judgment entered in Ontario County on 6/6/01.** | | | | 12,998.00 |
| Account No.<br><br>**Representing:**<br>**Dominick P. Massa** | | | **Anthony J. Langan, Esq.**<br>**21 Marvelle Road**<br>**Fayetteville, NY 13066** | | | | |
| Account No.<br><br>**Representing:**<br>**Dominick P. Massa** | | | **Relin, Goldstein & Crane**<br>**re: Massa v. Teets**<br>**1800 First Federal Plaza**<br>**Rochester, NY 14614** | | | | |
| Account No.<br><br>**Five Star Bank**<br>**31 North Main Street**<br>**Warsaw, NY 14569** | | H | **Trade debt. Judgment entered in Ontario County Clerk's Office on 10/18/2006.** | | | | 29,271.78 |

Sheet no. __**2**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     46,723.55

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **David L. Teets,**                                  Case No.    **2-07-20068**
        **Rosalia J. Teets**

_____ ,
                                           Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing:** <br> **Five Star Bank** | | | **Bradley Prozeller, Esq.** <br> **9 Genesee Park Place** <br> **Geneva, NY 14456** | | | | |
| Account No. <br><br> **Glass America** <br> **5101 Darmstadt Road, Suite A** <br> **Hillside, IL 60162** | | H | **5/2003** <br> **Trade debt** | | | | 1,083.63 |
| Account No. **4032** <br><br> **Hall & Associates** <br> **re: General Parts Bay City** <br> **560 Route 303, Suite 209** <br> **Orangeburg, NY 10962** | | H | **Trade debt** | | | | 1,424.01 |
| Account No. <br><br> **Harris Beach, LLP** <br> **re: Joseph Momot** <br> **One Park Place, 4th Floor** <br> **Syracuse, NY 13202** | | H | **Duplicate listing** | | | | 0.00 |
| Account No. <br><br> **Representing:** <br> **Harris Beach, LLP** | | | **Office of Sheriff** <br> **Philip C. Pvero** <br> **74 Ontario Street** <br> **Canandaigua, NY 14424-1898** | | | | |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,507.64**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    **David L. Teets,**                                        Case No.    **2-07-20068**
       **Rosalia J. Teets**

                                                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3062**<br><br>**Joseph Momot**<br>**c/o Harris Beach**<br>**One Park Place, 4th Floor**<br>**Syracuse, NY 13202** | | H | **10/25/06**<br>**Trade debt** | | | | 17,237.14 |
| Account No.<br><br>**Lacy, Katzen, Ryen & Mittleman, LLP.**<br>**re: Val Morgan Cinema Advertising**<br>**130 East Main Street**<br>**Rochester, NY 14604** | | H | **1330**<br>**Trade debt** | | | | 4,706.40 |
| Account No.<br><br>**Malen & Associates**<br>**re: PRA III v. Teets**<br>**123 Frost Street**<br>**Westbury, NY 11590** | | W | **7/2004**<br>**Judgment entered and docketed in Canandaigua City Court of Ontario County on 7/29/04.** | | | | 5,172.48 |
| Account No.<br><br>**Representing:**<br>**Malen & Associates** | | | **Office of Sheriff**<br>**Philip C. Pvero**<br>**74 Ontario Street**<br>**Canandaigua, NY 14424-1898** | | | | |
| Account No. **6179**<br><br>**Marketplace Chrysler Plymouth**<br>**3755 W. Henrietta Road**<br>**Rochester, NY 14623** | | H | **2/16/06**<br>**Trade debt** | | | | 1,649.20 |

Sheet no. __**4**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                  (Total of this page)    **28,765.22**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037 Description: Main Document , Page 19 of 55      Best Case Bankruptcy

In re    **David L. Teets,**                                      Case No.    **2-07-20068**

            **Rosalia J. Teets**

                                           ,

                                         Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Marketplace Chrysler Plymouth** | | | **Lacy, Katzen, Ryen & Mittleman, LLP.** <br>**Michael S. Schnittman, Esq.** <br>**130 East Main Street** <br>**Rochester, NY 14604** | | | | |
| Account No. <br><br>**Representing:** <br>**Marketplace Chrysler Plymouth** | | | **Office of Sheriff** <br>**Philip C. Pvero** <br>**74 Ontario Street** <br>**Canandaigua, NY 14424-1898** | | | | |
| Account No. **2977** <br><br>**NCO Financial** <br>**re: Progressive Insurance** <br>**P. O. Box 41466** <br>**Philadelphia, PA 19101** | | H | **8/2002** <br>**Insurance** | | | | 100.00 |
| Account No. **4149** <br><br>**NCO Financial** <br>**re: Progressive Insurance** <br>**P. O. Box 41466** <br>**Philadelphia, PA 19101** | | H | **2/2004** <br>**Insurance** | | | | 162.00 |
| Account No. **0776** <br><br>**NCO Financial** <br>**re: Progressive Insurance** <br>**P. O. Box 41466** <br>**Philadelphia, PA 19101** | | H | **4/2005** <br>**Insurance** | | | | 175.00 |

Sheet no. __**5**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal <br> (Total of this page)        **437.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re    **David L. Teets,**                               Case No.     **2-07-20068**
         **Rosalia J. Teets**

                                            ,
                                         Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8301**<br><br>**NCO Financial**<br>**re: AT&T Corp.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | J | **Consumer credit** | | | | 739.71 |
| Account No. **0988**<br><br>**Ocwen Loan Servicing LLC**<br>**12650 Ingenuity Drive**<br>**Orlando, FL 32826** | X | J | **October, 1999**<br>**Guaranty of Mortgage for son on his home.** | | | | 57,106.00 |
| Account No. **1101**<br><br>**Primus Automotive Financial Services**<br>**1335 S. Clearview Ave**<br>**Mesa, AZ** | | H | **9/11/2001**<br>**Judgment entered in Ontario County on 9/11/01.** | | | | 5,023.07 |
| Account No.<br><br>**Representing:**<br>**Primus Automotive Financial Services** | | | **Solomon & Solomon, P.C.**<br>**Columbia Circle, Box 15019**<br>**Albany, NY 12212-5019** | | | | |
| Account No. **9822**<br><br>**Stanley A. Wagner**<br>**9322 State Route 414**<br>**Lodi, NY 14860-9641** | | H | **8/2005**<br>**Judgment entered in Seneca County on 11/16/05.** | | | | 35,565.00 |

Sheet no. __**6**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **98,433.78**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **David L. Teets,**      Case No. __**2-07-20068**__
      **Rosalia J. Teets**

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Representing:** <br> **Stanley A. Wagner** | | | **Dale A. Worrall, Esq.** <br> **119 East Seneca Street** <br> **Ithaca, NY 14850** | | | | |
| Account No. **2957** <br> **The Credit Bureau** <br> **re: Geneva General Hospital** <br> **19 Prince Street** <br> **Rochester, NY 14607** | | - | **6/2005** <br> **Medical services** | | | | 70.00 |
| Account No. **2985** <br> **The Credit Bureau** <br> **re: Geneva General Hospital** <br> **19 Prince Street** <br> **Rochester, NY 14607** | | - | **6/2005** <br> **Medical services** | | | | 68.00 |
| Account No. **8894** <br> **The Credit Bureau** <br> **re: Geneva General Hospital** <br> **19 Prince Street** <br> **Rochester, NY 14607** | | W | **Medical services** | | | | 519.00 |
| Account No. **2987** <br> **The Credit Bureau** <br> **re: Geneva General Hospital** <br> **19 Prince Street** <br> **Rochester, NY 14607** | | W | **Medical services** | | | | 50.00 |

Sheet no. __**7**__ of __**8**__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)       **707.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re    **David L. Teets,**
         **Rosalia J. Teets**

Case No. __**2-07-20068**__

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0364** <br><br> **Wolpoff & Abramson, LLP.** <br> **re: Colonial Credit** <br> **300 Canal View Blvd, 3rd Floor** <br> **Rochester, NY 14623-2811** | | W | **Consumer credit** | | | | 953.99 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**8**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 953.99 |
| Total (Report on Summary of Schedules) | 194,006.24 |

Case 2-07-20068-JCN,   Doc 11,   Filed 01/26/07,   Entered 01/26/07 10:50:04,

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037  Description: Main Document , Page 23 of 55    Best Case Bankruptcy

Form B6G
(10/05)

In re **David L. Teets,**
        **Rosalia J. Teets**

Case No. __**2-07-20068**__

                      ,
Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

__**0**__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6H
(10/05)

In re      **David L. Teets,**                                                    Case No. ___**2-07-20068**_____
      **Rosalia J. Teets**

_____,
                              Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christopher Teets**<br>**40 John Street**<br>**Geneva, NY 14456** | **Ocwen Loan Servicing LLC**<br>**12650 Ingenuity Drive**<br>**Orlando, FL 32826** |
| **Country Valley Collision, Ltd.**<br>**800 Pre-emption Road**<br>**Geneva, NY 14456**<br>  **Corporation pays mortgage on business property directly** | **Gary Race**<br>**3970 Stoddard Road**<br>**Canandaigua, NY 14424** |
| **Country Valley Collission, Ltd.**<br>**800 Pre-emption Road**<br>**Geneva, NY 14456**<br>  **Corporation pays mortgages on building directly** | **Barry Budgar**<br>**800 Pre Emption Road**<br>**Geneva, NY 14456** |

  **0**___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re **David L. Teets**
**Rosalia J. Teets**
_____
Debtor(s)

Case No. **2-07-20068**

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Collision repair** | **Nurse aid** |
| Name of Employer | **Country Valley Collision** | **Finger Lakes Home Care Inc.** |
| How long employed | **33 years** | **6 years** |
| Address of Employer | **800 Pre Emption Road** **Geneva, NY 14456** | **750 Pre Emption Road** **Geneva, NY 14456** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **2,691.67** | $ **1,783.68** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **2,691.67** | $ **1,783.68** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **541.95** | $ **176.86** |
|    b. Insurance | $ **0.00** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **541.95** | $ **176.86** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,149.72** | $ **1,606.82** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **Payment from business for equipment** | $ **800.00** | $ **0.00** |
| **Supplemental Part Time Work** | $ **400.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,200.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,349.72** | $ **1,606.82** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ **4,956.54** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**No anticipated changes other than costs of living.**

In re  **David L. Teets**
**Rosalia J. Teets**
Debtor(s)      Case No.  **2-07-20068**

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | **2,200.00** |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | **189.00** |
|      b. Water and sewer | $ | **10.00** |
|      c. Telephone | $ | **80.00** |
|      d. Other | $ | **0.00** |
| 3. Home maintenance (repairs and upkeep) | $ | **40.00** |
| 4. Food | $ | **300.00** |
| 5. Clothing | $ | **20.00** |
| 6. Laundry and dry cleaning | $ | **0.00** |
| 7. Medical and dental expenses | $ | **40.00** |
| 8. Transportation (not including car payments) | $ | **40.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | **8.00** |
| 10. Charitable contributions | $ | **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | **0.00** |
|      b. Life | $ | **0.00** |
|      c. Health | $ | **0.00** |
|      d. Auto | $ | **180.00** |
|      e. Other | $ | **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | **0.00** |
|      b. Other | $ | **0.00** |
|      c. Other | $ | **0.00** |
|      d. Other | $ | **0.00** |
| 14. Alimony, maintenance, and support paid to others | $ | **0.00** |
| 15. Payments for support of additional dependents not living at your home | $ | **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | **0.00** |
| 17. Other | $ | **0.00** |
|      Other | $ | **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **3,107.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **No anticipated changes other than costs of living.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | **4,956.54** |
| b.   Average monthly expenses from Line 18 above | $ | **3,107.00** |
| c.   Monthly net income (a. minus b.) | $ | **1,849.54** |

# United States Bankruptcy Court
## Western District of New York

In re   **David L. Teets**
**Rosalia J. Teets**
              Debtor(s)

Case No.   **2-07-20068**

Chapter   **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **26** sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 26, 2007**      Signature  **/s/ David L. Teets**
                                        **David L. Teets**
                                        Debtor

Date  **January 26, 2007**      Signature  **/s/ Rosalia J. Teets**
                                        **Rosalia J. Teets**
                                        Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 7
(10/05)

# United States Bankruptcy Court
## Western District of New York

In re    **David L. Teets**
       **Rosalia J. Teets**                             Case No.    **2-07-20068**

                                      Debtor(s)            Chapter      **13**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,804.00** | **2005 adjusted joint gross income** |
| **$19,619.00** | **2004 adjusted joint gross income** |
| **$4,000.00** | **5 payments of $800 per month from Country Valley Collision for equipment in 2006** |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

**3. Payments to creditors**

None ☐ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Credit Acceptance Corp.**<br>**P. O. Box 513**<br>**Southfield, MI 48037** | **10/06**<br>**11/06**<br>**12/06** | **$356.12** | **$7,122.40** |
| **Gary Race**<br>**3970 Stoddard Road**<br>**Canandaigua, NY 14424** | **10/06**<br>**11/06**<br>**12/06** | **$1,750.00** | **$254,000.00** |

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **NYS Taxation and Finance vs. David L. Teets** | **Tax liens** | | **Tax liens in the amount of $3,543.40 were filed on January 18, 2005.** |
| **Colony Mortgage Bankers and IMC Mortgage Company v. David L. Teets and Rosalia J. Teets.**<br>**Index No.: 95932** | **Foreclosure.** | **NYS Supreme Court, County of Ontario** | **Judgment in the amount of 31,701.21 was filed in Ontaior County Clerk's Office on 6/21/05.** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Stanley A. Wagner v. David Teets** **Index No.: 35865** | | **NYS Supreme Court, County of Seneca** | **Judgment in the amount of $35,565.00 was entered in Seneca County Clerk's Office on 11/16/05. Stipulation reached on 2/21/06.** |
| **Five Star Bank v. David L. Teets** **Index No.: 97766** | **Collection** | **NYS Supreme Court, County of Ontario** | **Judgment entered in Ontario County Clerk's Office on 10/18/06.** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Harris Beach, LLP** **re: Momot v. Teets** **One Park Place, 4th Floor** **Syracuse, NY 13202** | **10/25/06** | **$17,237.14** |
| **Marketplace Chrysler Plymouth** **3755 W. Henrietta Road** **Rochester, NY 14623** | **2/16/2006** | **Property execution. $1,649.20** |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gordon & Schaal, LLP.**<br>**1039 Monroe Avenue**<br>**Rochester, NY 14620** | **1/11/07** | **$2,500.00: Attorney's fee**<br>**$75.00: Fee for judgment and lien searches**<br>**$274.00: Filing fee** |
| **Consumer Credit Counseling Service of**<br>**100 Edgewood Avenue**<br>**Suite 1800**<br>**Atlanta, GA 30303** | **1/10/07** | **$100.00** |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Seneca Falls Savings**<br>**342 Hamilton Street**<br>**P. O. Box 1050**<br>**Geneva, NY 14456** | | **Account closed**<br>**approximately 8 mohths ago.** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Daniel Teets**<br>**2925 County Road 6**<br>**Geneva, NY 14456** | **Furniture and TV valued at $1,000.00.** | **2925 County Road 6, Geneva, NY 14456** |

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Country Valley Collision & Restorations** | **5069** | **800 Pre Emption Road Geneva, NY 14456** | **Collision** | **1981-2001** |
| **Country Valley Collision, Ltd** | **1976** | **800 Pre Emption Road Geneva, NY 14456** | **Collision** | **2001-present** |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Case 2-07-20068-JCN,   Doc 11,   Filed 01/26/07,   Entered 01/26/07 10:50:04,
Description: Main Document  , Page 34 of 55

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bob Meeks** <br> **64 Seneca Street** <br> **Geneva, NY 14456** | **Mr. Meeks has worked as debtor's bookkeeper for 20 years.** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                              DATES SERVICES RENDERED

None □ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **David L. Teets** | **800 Pre Emption Road** <br> **Geneva, NY 14456** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                DATE ISSUED

### 20. Inventories

None □ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **11-30-03** | **David Teets** | **$56,550.00** |

None □ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **11-30-03** | **David L. Teets** <br> **800 Pre Emption Road** <br> **Geneva, NY 14456** |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

**21 . Current Partners, Officers, Directors and Shareholders**

None ■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Country Valley Collision, Ltd.**<br>**800 Pre Emption Road**<br>**Geneva, NY 14456** | **President** | **Owner.  100% interest.** |

**22 . Former partners, officers, directors and shareholders**

None ■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

Best Case Bankruptcy

Case 2-07-20068-JCN,    Doc 11,    Filed 01/26/07,    Entered 01/26/07 10:50:04,
Description: Main Document  , Page 36 of 55

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **January 26, 2007**       Signature **/s/ David L. Teets**

**David L. Teets**
Debtor

Date **January 26, 2007**       Signature **/s/ Rosalia J. Teets**

**Rosalia J. Teets**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Western District of New York

In re   **David L. Teets**
      **Rosalia J. Teets**

                  Debtor(s)

Case No.   **2-07-20068**

Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **2,500.00** |
   | Prior to the filing of this statement I have received | $ | **2,500.00** |
   | Balance Due | $ | **0.00** |

2. $ **274.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, relief from stay actions, any other adversary or contested proceeding, contested Pond Motion and 522(f) Motion which services will be performed on an additional hourly fee basis.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 26, 2007**

**/s/ Kenneth W. Gordon, Esq.**
**Kenneth W. Gordon, Esq.**
**Gordon & Schaal, LLP.**
**1039 Monroe Avenue**
**Rochester, NY 14620**
**(585) 244-1070**

---

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF NEW YORK**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Kenneth W. Gordon, Esq.** | X **/s/ Kenneth W. Gordon, Esq.** | **January 26, 2007** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**1039 Monroe Avenue**
**Rochester, NY 14620**
**(585) 244-1070**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **David L. Teets** **Rosalia J. Teets** | X **/s/ David L. Teets** | **January 26, 2007** |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) **2-07-20068** | X **/s/ Rosalia J. Teets** | **January 26, 2007** |
| | Signature of Joint Debtor (if any) | Date |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **David L. Teets**
       **Rosalia J. Teets**                    Case No.   **2-07-20068**

Debtor(s)        Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **January 26, 2007**               **/s/ David L. Teets**
                                         **David L. Teets**
                                         Signature of Debtor

Date:   **January 26, 2007**               **/s/ Rosalia J. Teets**
                                         **Rosalia J. Teets**
                                         Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Anthony J. Langan, Esq.
21 Marvelle Road
Fayetteville, NY 13066


Barry Budgar
800 Pre Emption Road
Geneva, NY 14456


Bradley Prozeller, Esq.
9 Genesee Park Place
Geneva, NY 14456


Capital One
P. O. Box 30281
Salt Lake City, UT 84130-0281


Capital One Bank
6851 Jericho Turnpike
Suite 190
Syosset, NY 11791


CBCS
re:  Finger Lakes Medical Association
821 Pre Empton Road, Bldg. 100
Geneva, NY 14456


Christopher Teets
40 John Street
Geneva, NY 14456


Citi Financial
P. O. Box 499
Hanover, MD 21076


Country Valley Collision, Ltd.
800 Pre-emption Road
Geneva, NY 14456


Country Valley Collission, Ltd.
800 Pre-emption Road
Geneva, NY 14456


Credigy
3950 Johns Creek, Suite 100
Suwanee, GA 30024

Credit Acceptance Corp.
P. O. Box 513
Southfield, MI 48037


Creditors Collection Service
re:  New York Central Mutual
319 W. Water Street
Elmira, NY 14902


Dale A. Worrall, Esq.
119 East Seneca Street
Ithaca, NY 14850


Debt Alert
re:  Travelers Indemnity
300 Arboretum Place
P. O. Box 26446
Richmond, VA 23261-6446


Delta Management Associates, Inc.
re:  Citizens Bank
100 Everett Ave., Suite 6
P.O. Box 9191
Chelsea, MA 02150-9191


Dominick P. Massa
20 Crescent Drive
Geneva, NY 14456-1360


First Financial Asset Management
re:  Worldwide Asset Management
P. O. Box 6887
Miramar Beach, FL 32550


Five Star Bank
31 North Main Street
Warsaw, NY 14569


Gary Race
3970 Stoddard Road
Canandaigua, NY 14424


Glass America
5101 Darmstadt Road, Suite A
Hillside, IL 60162

Hall & Associates
re: General Parts Bay City
560 Route 303, Suite 209
Orangeburg, NY 10962


Harris Beach, LLP
re: Joseph Momot
One Park Place, 4th Floor
Syracuse, NY 13202


Household Bank
6602 Convoy Court
San Diego, CA 92111


IMC Mortgage
P.O. Box 31513
Tampa, FL 33631


Joseph Momot
c/o Harris Beach
One Park Place, 4th Floor
Syracuse, NY 13202


Lacy, Katzen, Ryen & Mittleman, LLP.
re: Val Morgan Cinema Advertising
130 East Main Street
Rochester, NY 14604


Lacy, Katzen, Ryen & Mittleman, LLP.
Michael S. Schnittman, Esq.
130 East Main Street
Rochester, NY 14604


Mackay, Caswell & Callahan
246 North Main Street, Suite 201
Herkimer, NY 13350


Malen & Associates
re: PRA III v. Teets
123 Frost Street
Westbury, NY 11590


Marketplace Chrysler Plymouth
3755 W. Henrietta Road
Rochester, NY 14623

Mullooly, Jeffrey
4 Bridge St.
Glen Cove, NY 11542


NCO Financial
re:  Progressive Insurance
P. O. Box 41466
Philadelphia, PA 19101


NCO Financial
re:  AT&T Corp.
507 Prudential Rd.
Horsham, PA 19044


NYS Department of Taxation & Finance
340 East Main Street
Rochester, NY 14604


Ocwen Loan Servicing LLC
12650 Ingenuity Drive
Orlando, FL 32826


Office of Sheriff
Philip C. Pvero
74 Ontario Street
Canandaigua, NY 14424-1898


Primus Automotive Financial Services
1335 S. Clearview Ave
Mesa, AZ


Relin, Goldstein & Crane
re:  Massa v. Teets
1800 First Federal Plaza
Rochester, NY 14614


Solomon & Solomon, P.C.
Columbia Circle, Box 15019
Albany, NY 12212-5019


Stanley A. Wagner
9322 State Route 414
Lodi, NY 14860-9641

Steven J. Baum, Esq.
re: Wells Fargo Home Mortgage
P.O. Box 1291
Buffalo, NY 14240


Stewart & Associates, P.C.
P. O. Box 2629
Suwanee, GA 30024


The Credit Bureau
re: Geneva General Hospital
19 Prince Street
Rochester, NY 14607


US Treasury-Financial Management
P. O. Box 830794
Birmingham, AL 35283


Wells Fargo Bank
3476 Stateview Blvd.
Fort Mill, SC 29715


Wolpoff & Abramson, LLP.
re: Colonial Credit
300 Canal View Blvd, 3rd Floor
Rochester, NY 14623-2811

Official Form 22C (Chapter 13) (10/06)

In re **David L. Teets / Rosalia J. Teets**
Debtor(s)

Case Number: **2-07-20068**
(If known)

According to the calculations required by this statement:
☐ The applicable commitment period is 3 years.
■ The applicable commitment period is 5 years.
■ Disposable income is determined under § 1325(b)(3).
☐ Disposable income is not determined under § 1325(b)(3).
(Check the boxes as directed in Lines 17 and 23 of this statement.)

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | Part I. REPORT OF INCOME | | | | |
|---|---|---|---|---|---|
| 1 | Marital/filing status. Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10. <br> b. ■ Married. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10. | | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | Column A <br> Debtor's Income | Column B <br> Spouse's Income |
| 2 | Gross wages, salary, tips, bonuses, overtime, commissions. | | | $ **2,691.67** | $ **1,783.68** |
| 3 | Income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  Do not enter a number less than zero.  Do not include any part of the operating expenses entered on Line b as a deduction in Part IV. | | | | |
| | | | Debtor / Spouse | | |
| | a. | Gross receipts | $ 0.00 / $ 0.00 | | |
| | b. | Ordinary and necessary business expenses | $ 0.00 / $ 0.00 | | |
| | c. | Business income | Subtract Line b from Line a | $ **0.00** | $ **0.00** |
| 4 | Rents and other real property income.  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.  Do not include any part of the business expenses entered on Line b as a deduction in Part IV. | | | | |
| | | | Debtor / Spouse | | |
| | a. | Gross receipts | $ 0.00 / $ 0.00 | | |
| | b. | Ordinary and necessary operating expenses | $ 0.00 / $ 0.00 | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $ **0.00** | $ **0.00** |
| 5 | Interest, dividends, and royalties. | | | $ **0.00** | $ **0.00** |
| 6 | Pension and retirement income. | | | $ **0.00** | $ **0.00** |
| 7 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child or spousal support.  Do not include amounts paid by the debtor's spouse. | | | $ **0.00** | $ **0.00** |
| 8 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ 0.00 | Spouse $ 0.00 | $ **0.00** | $ **0.00** |
| 9 | Income from all other sources.  Specify source and amount.  If necessary, list additional sources on a separate page.  Total and enter on Line 9.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
| | | | Debtor / Spouse | | |
| | a. | **Country Valley Collision** | $ 666.67 / $ 0.00 | | |
| | b. | | $ / $ | $ **666.67** | $ **0.00** |
| 10 | Subtotal. Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | | | $ **3,358.34** | $ **1,783.68** |
| 11 | Total. If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | | | $ **5,142.02** |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Case 2-07-20068-JCN,   Doc 11,   Filed 01/26/07,   Entered 01/26/07 10:50:04,
Description: Main Document  , Page 47 of 55

| | Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD | | |
|---|---|---|---|
| 12 | Enter the amount from Line 11 | $ | **5,142.02** |
| 13 | Marital Adjustment. If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents. Otherwise, enter zero. | $ | **0.00** |
| 14 | Subtract Line 13 from Line 12 and enter the result. | $ | **5,142.02** |
| 15 | Annualized current monthly income for § 1325(b)(4). Multiply the amount from Line 14 by the number 12 and enter the result. | $ | **61,704.24** |
| 16 | Applicable median family income. Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: **NY**   b. Enter debtor's household size: **2** | $ | **50,367.00** |
| 17 | Application of § 1325(b)(4). Check the applicable box and proceed as directed.<br><br>☐ The amount on Line 15 is less than the amount on Line 16. Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>☑ The amount on Line 15 is not less than the amount on Line 16. Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | | |
| | Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME | | |
| 18 | Enter the amount from Line 11. | $ | **5,142.02** |
| 19 | Marital Adjustment. If you are married, but are not filing jointly with your spouse, enter the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents. If you are unmarried or married and filing jointly with your spouse, enter zero. | $ | **0.00** |
| 20 | Current monthly income for § 1325(b)(3). Subtract Line 19 from Line 18 and enter the result. | $ | **5,142.02** |
| 21 | Annualized current monthly income for § 1325(b)(3). Multiply the amount from Line 20 by the number 12 and enter the result. | $ | **61,704.24** |
| 22 | Applicable median family income. Enter the amount from Line 16. | $ | **50,367.00** |
| 23 | Application of § 1325(b)(3). Check the applicable box and proceed as directed.<br><br>☑ The amount on Line 21 is more than the amount on Line 22. Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ The amount on Line 21 is not more than the amount on Line 22. Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. Do not complete Parts IV, V, or VI. | | |

| | Part IV. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2) | | |
|---|---|---|---|
| | Subpart A: Deductions under Standards of the Internal Revenue Service (IRS) | | |
| 24 | National Standards: food, clothing, household supplies, personal care, and miscellaneous. Enter the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **904.00** |
| 25A | Local Standards: housing and utilities; non-mortgage expenses. Enter amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ | **456.00** |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

| 25B | Local Standards: housing and utilities; mortgage/rent expense. Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. Do not enter an amount less than zero. | | | |
|---|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rent Expense | $ 703.00 | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ 2,864.77 | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ 0.00 |

| 26 | Local Standards: housing and utilities; adjustment. If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: _____ | $ 0.00 |
|---|---|---|

| 27 | Local Standards: transportation; vehicle operation/public transportation expense. You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0  ☐ 1  ■ 2 or more. Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 393.00 |
|---|---|---|

| 28 | Local Standards: transportation ownership/lease expense; Vehicle 1. Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1  ■ 2 or more. Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. Do not enter an amount less than zero. | | | |
|---|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, First Car | $ 471.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ 124.64 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 346.36 |

| 29 | Local Standards: transportation ownership/lease expense; Vehicle 2. Complete this Line only if you checked the "2 or more" Box in Line 28. Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, Second Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. Do not enter an amount less than zero. | | | |
|---|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ 332.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ 64.37 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 267.63 |

| 30 | Other Necessary Expenses: taxes. Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. Do not include real estate or sales taxes. | $ 718.81 |
|---|---|---|

| 31 | Other Necessary Expenses: mandatory payroll deductions. Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. Do not include discretionary amounts, such as non-mandatory 401(k) contributions. | $ 0.00 |
|---|---|---|

| | | |
|---|---|---|
| 32 | Other Necessary Expenses: life insurance.  Enter average monthly premiums that you actually pay for term life insurance for yourself.  Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance. | $ **0.00** |
| 33 | Other Necessary Expenses: court-ordered payments.  Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments.  Do not include payments on past due support obligations included in line 49. | $ **0.00** |
| 34 | Other Necessary Expenses: education for employment or for a physically or mentally challenged child.  Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ **0.00** |
| 35 | Other Necessary Expenses: childcare.  Enter the average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.  Do not include other educational payments. | $ **0.00** |
| 36 | Other Necessary Expenses: health care.  Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account.  Do not include payments for health insurance listed in Line 39. | $ **0.00** |
| 37 | Other Necessary Expenses: telecommunication services.  Enter the average monthly amount that you actually pay for telecommunication services other than your basic home telephone service - such as cell phones, pagers, call waiting, caller id, special long distance, or internet service-to the extent necessary for your health and welfare or that of your dependents.  Do not include any amount previously deducted. | $ **0.00** |
| 38 | Total Expenses Allowed under IRS Standards.  Enter the total of Lines 24 through 37. | $ **3,085.80** |

| | Subpart B: Additional Expense Deductions under § 707(b) |
|---|---|
| | Note: Do not include any expenses that you have listed in Lines 24-37 |

| | | |
|---|---|---|
| 39 | Health Insurance, Disability Insurance, and Health Savings Account Expenses.  List and total the average monthly amounts that you actually pay for yourself, your spouse, or your dependents in the following categories. | |

| | | | |
|---|---|---|---|
| a. | Health Insurance | $ | **591.46** |
| b. | Disability Insurance | $ | **0.00** |
| c. | Health Savings Account | $ | **0.00** |
| | | Total:  Add Lines a, b, and c | $ **591.46** |

| | | |
|---|---|---|
| 40 | Continued contributions to the care of household or family members.  Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. Do not include payments listed in Line 34. | $ **0.00** |
| 41 | Protection against family violence. Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ **0.00** |
| 42 | Home energy costs.  Enter the average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary. | $ **0.00** |
| 43 | Education expenses for dependent children less than 18.  Enter the average monthly expenses that you actually incur, not to exceed $125 per child, in providing elementary and secondary education for your dependent children less than 18 years of age. You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards. | $ **0.00** |
| 44 | Additional food and clothing expense. Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary. | $ **0.00** |
| 45 | Continued charitable contributions. Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ **0.00** |
| 46 | Total Additional Expense Deductions under § 707(b). Enter the total of Lines 39 through 45. | $ **591.46** |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

| Subpart C: Deductions for Debt Payment | | | |
|---|---|---|---|
| 47 | Future payments on secured claims. For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. Mortgage debts should include payments of taxes and insurance required by the mortgage. If necessary, list additional entries on a separate page. | | |

| | Name of Creditor | Property Securing the Debt | 60-month Average Payment | |
|---|---|---|---|---|
| a. | **Credit Acceptance Corp.** | **2000 Olds Bravada (72,000 miles)** | $ | **124.64** |
| b. | **Household Bank** | **1996 Ford F150 (106,000 miles)** | $ | **64.37** |
| c. | **IMC Mortgage** | **2925 County Road 6, Geneva, NY 14456.** | $ | **559.77** |
| d. | **Wells Fargo Bank** | **2925 County Road 6, Geneva, NY 14456.** | $ | **2,305.00** |
| | | | Total: Add Lines $ | **3,053.78** |

| 48 | Other payments on secured claims. If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | **IMC Mortgage** | **2925 County Road 6, Geneva, NY 14456.** | $ | **559.77** |
| b. | **NYS Department of Taxation & Finance** | **State tax lien. Filed in Ontario County only on 1/18/05.** | $ | **59.05** |
| c. | **Wells Fargo Bank** | **2925 County Road 6, Geneva, NY 14456.** | $ | **477.74** |
| | | | Total: Add Lines $ | **1,096.56** |

| 49 | Payments on priority claims. Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | $ | **14.73** |
|---|---|---|---|

| 50 | Chapter 13 administrative expenses. Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | | |
|---|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ | **858.08** |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | **5.70** |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ **48.91** |

| 51 | Total Deductions for Debt Payment. Enter the total of Lines 47 through 50. | $ | **4,213.98** |
|---|---|---|---|

| Subpart D: Total Deductions Allowed under § 707(b)(2) | | |
|---|---|---|
| 52 | Total of all deductions allowed under § 707(b)(2). Enter the total of Lines 38, 46, and 51. | $ **7,891.24** |

| Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2) | | |
|---|---|---|
| 53 | Total current monthly income. Enter the amount from Line 20. | $ **5,142.02** |
| 54 | Support income. Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, included in Line 7, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ **0.00** |
| 55 | Qualified retirement deductions. Enter the monthly average of (a) all contributions or wage deductions made to qualified retirement plans, as specified in § 541(b)(7) and (b) all repayments of loans from retirement plans, as specified in § 362(b)(19). | $ **0.00** |
| 56 | Total of all deductions allowed under § 707(b)(2). Enter the amount from Line 52. | $ **7,891.24** |
| 57 | Total adjustments to determine disposable income. Add the amounts on Lines 54, 55, and 56 and enter the result. | $ **7,891.24** |
| 58 | Monthly Disposable Income Under § 1325(b)(2). Subtract Line 57 from Line 53 and enter the result. | $ **-2,749.22** |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

| Part VI. ADDITIONAL EXPENSE CLAIMS |
|---|

**Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses.

| Expense Description | Monthly Amount |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| Total: Add Lines a, b, c and d | $ |

| Part VII. VERIFICATION |
|---|

I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*

Date: **January 26, 2007**      Signature: **/s/ David L. Teets**

**David L. Teets**
(Debtor)

Date: **January 26, 2007**      Signature **/s/ Rosalia J. Teets**

**Rosalia J. Teets**
(Joint Debtor, if any)

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **07/01/2006** to **12/31/2006**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Country Valley Auto**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **07/2006** | **$2,450.00** |
| 5 Months Ago: | **08/2006** | **$2,450.00** |
| 4 Months Ago: | **09/2006** | **$2,450.00** |
| 3 Months Ago: | **10/2006** | **$2,800.00** |
| 2 Months Ago: | **11/2006** | **$2,800.00** |
| Last Month: | **12/2006** | **$3,200.00** |
| | Average per month: | **$2,691.67** |

**Line 9 - Income from all other sources**
Source of Income: **Country Valley Collision**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **07/2006** | **$0.00** |
| 5 Months Ago: | **08/2006** | **$800.00** |
| 4 Months Ago: | **09/2006** | **$800.00** |
| 3 Months Ago: | **10/2006** | **$800.00** |
| 2 Months Ago: | **11/2006** | **$800.00** |
| Last Month: | **12/2006** | **$800.00** |
| | Average per month: | **$666.67** |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **07/01/2006** to **12/31/2006**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Finger Lakes Home Care**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **07/2006** | **$1,591.83** |
| 5 Months Ago: | **08/2006** | **$1,894.90** |
| 4 Months Ago: | **09/2006** | **$1,717.56** |
| 3 Months Ago: | **10/2006** | **$1,656.34** |
| 2 Months Ago: | **11/2006** | **$1,620.22** |
| Last Month: | **12/2006** | **$2,221.25** |
| | Average per month: | **$1,783.68** |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B 21 Official Form 21
(12/03)

**FORM 21. STATEMENT OF SOCIAL SECURITY NUMBER**

# United States Bankruptcy Court
## Western District of New York

**David L. Teets**
**DBA Country Valley Collision and Restorations; DBA sole shareholder**
**and officer of Country Valley Collision, Ltd.**
In re  **Rosalia J. Teets**

Debtor

Case No.  **2-07-20068**

Address  **2925 Pre Emption Road**
**Geneva, NY 14456**

Chapter  **13**

Employer's Tax Identification (EIN) No(s). [if any]:

Last four digits of Social Security No(s).:  **xxx-xx-5069 &  xxx-xx-6049**

STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): **Teets,  David,  L.**
*(Check the appropriate box and, if applicable, provide the required information.)*

/ **X** /Debtor has a Social Security Number and it is:  **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**
(*If more than one, state all.)*

/ /Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle): **Teets,  Rosalia,  J.**
*(Check the appropriate box and, if applicable, provide the required information.)*

/ **X** /Joint Debtor has a Social Security Number and it is:  **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**
(*If more than one, state all.)*

/ /Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

X  **/s/ David L. Teets**           **January 26, 2007**
   **David L. Teets**               Date
   Signature of Debtor

X  **/s/ Rosalia J. Teets**         **January 26, 2007**
   **Rosalia J. Teets**             Date
   Signature of Joint Debtor

*\*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy