Anthony J. Langan, Esq.
21 Marvelle Road
Fayetteville, NY 13066


Barry Budgar
800 Pre Emption Road
Geneva, NY 14456


Bradley Prozeller, Esq.
9 Genesee Park Place
Geneva, NY 14456


Capital One
P. O. Box 30281
Salt Lake City, UT 84130-0281


Capital One Bank
6851 Jericho Turnpike
Suite 190
Syosset, NY 11791


CBCS
re:  Finger Lakes Medical Association
821 Pre Empton Road, Bldg. 100
Geneva, NY 14456


Christopher Teets
40 John Street
Geneva, NY 14456


Citi Financial
P. O. Box 499
Hanover, MD 21076


Country Valley Collision, Ltd.
800 Pre-emption Road
Geneva, NY 14456


Country Valley Collission, Ltd.
800 Pre-emption Road
Geneva, NY 14456


Credigy
3950 Johns Creek, Suite 100
Suwanee, GA 30024

Credit Acceptance Corp.
P. O. Box 513
Southfield, MI 48037


Creditors Collection Service
re: New York Central Mutual
319 W. Water Street
Elmira, NY 14902


Dale A. Worrall, Esq.
119 East Seneca Street
Ithaca, NY 14850


Debt Alert
re: Travelers Indemnity
300 Arboretum Place
P. O. Box 26446
Richmond, VA 23261-6446


Delta Management Associates, Inc.
re: Citizens Bank
100 Everett Ave., Suite 6
P.O. Box 9191
Chelsea, MA 02150-9191


Dominick P. Massa
20 Crescent Drive
Geneva, NY 14456-1360


First Financial Asset Management
re: Worldwide Asset Management
P. O. Box 6887
Miramar Beach, FL 32550


Five Star Bank
31 North Main Street
Warsaw, NY 14569


Gary Race
3970 Stoddard Road
Canandaigua, NY 14424


Glass America
5101 Darmstadt Road, Suite A
Hillside, IL 60162

Hall & Associates
re:  General Parts Bay City
560 Route 303, Suite 209
Orangeburg, NY 10962


Harris Beach, LLP
re:  Joseph Momot
One Park Place, 4th Floor
Syracuse, NY 13202


Household Bank
6602 Convoy Court
San Diego, CA 92111


IMC Mortgage
P.O. Box 31513
Tampa, FL 33631


Joseph Momot
c/o Harris Beach
One Park Place, 4th Floor
Syracuse, NY 13202


Lacy, Katzen, Ryen & Mittleman, LLP.
re:  Val Morgan Cinema Advertising
130 East Main Street
Rochester, NY 14604


Lacy, Katzen, Ryen & Mittleman, LLP.
Michael S. Schnittman, Esq.
130 East Main Street
Rochester, NY 14604


Mackay, Caswell & Callahan
246 North Main Street, Suite 201
Herkimer, NY 13350


Malen & Associates
re:  PRA III v. Teets
123 Frost Street
Westbury, NY 11590


Marketplace Chrysler Plymouth
3755 W. Henrietta Road
Rochester, NY 14623

Mullooly, Jeffrey
4 Bridge St.
Glen Cove, NY 11542


NCO Financial
re: Progressive Insurance
P. O. Box 41466
Philadelphia, PA 19101


NCO Financial
re: AT&T Corp.
507 Prudential Rd.
Horsham, PA 19044


NYS Department of Taxation & Finance
340 East Main Street
Rochester, NY 14604


Ocwen Loan Servicing LLC
12650 Ingenuity Drive
Orlando, FL 32826


Office of Sheriff
Philip C. Pvero
74 Ontario Street
Canandaigua, NY 14424-1898


Primus Automotive Financial Services
1335 S. Clearview Ave
Mesa, AZ


Relin, Goldstein & Crane
re: Massa v. Teets
1800 First Federal Plaza
Rochester, NY 14614


Solomon & Solomon, P.C.
Columbia Circle, Box 15019
Albany, NY 12212-5019


Stanley A. Wagner
9322 State Route 414
Lodi, NY 14860-9641

Steven J. Baum, Esq.
re: Wells Fargo Home Mortgage
P.O. Box 1291
Buffalo, NY 14240


Stewart & Associates, P.C.
P. O. Box 2629
Suwanee, GA 30024


The Credit Bureau
re:  Geneva General Hospital
19 Prince Street
Rochester, NY 14607


US Treasury-Financial Management
P. O. Box 830794
Birmingham, AL 35283


Wells Fargo Bank
3476 Stateview Blvd.
Fort Mill, SC 29715


Wolpoff & Abramson, LLP.
re:  Colonial Credit
300 Canal View Blvd, 3rd Floor
Rochester, NY 14623-2811