UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In re:

    DAVID L. TEETS                         **Affidavit of Service**
    and ROSALIA J. TEETS,               Case No. 07-20068
                                   Chapter 13
                        Debtors.

_____

STATE OF NEW YORK)
                    ss.:
COUNTY OF MONROE )

        Grace Wang, being duly sworn, says: I am an employee of Gordon and Schaal, LLP., attorneys for David L. Teets and Rosalia J. Teets in this case.

        On **February 9, 2007,** I served the annexed Cover Sheet, Amendments, Schedules, Statements, Forms, Chapter 13 Plan, Checklist, Appendix, Creditor's Matrix and Supplemental Matrix in above case by depositing a true copy thereof enclosed in a post paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following person(s) at the last known address set forth after each name:

TO:    Office of US Trustee
        100 State Street, Room 6090
        Rochester, NY  14614

                                    /s/Grace Wang
                                    Grace Wang

Sworn to before me this
9th day of February, 2007

/s/ Barbara Pierce

_____
   Notary Public