Form B6A
(10/05)

.

In re **David L. Teets,**
**Rosalia J. Teets**

Case No. ___**2-07-20068**_____

,

Debtors

# SCHEDULE A. REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 800 Pre Emption Road, Geneva NY 14456.** | **Fee simple** | **H** | **350,000.00** | **339,000.00** |
| **2925 County Road 6, Geneva, NY  14456.** | **Tenants by the Entirety** | **J** | **245,000.00** | **213,346.37** |
| **40 John Street, Geneva, New York  14456.  Deed recorded in Ontario County Clerk's Office on November 5, 1999 in Liber 1025 of Deeds, Page 171. This property is jointly owned with debtor's son, Christopher D. Teets.  The property is currently assessed at $53,000.00.  Debtor's 1/2 interest is $26,500.00.  Debtor intends to surrender the property.** | **Co-owner** | **H** | **26,500.00** | **58,458.11** |

|  |  |  |
|---|---|---|
| Sub-Total > | **621,500.00** | (Total of this page) |
| Total > | **621,500.00** | |

___**0**___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Form B6B
(10/05)

.

In re     **David L. Teets,**                     Case No.   **2-07-20068**
           **Rosalia J. Teets**
                                        ,
                                             Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | **J** | **320.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Seneca Falls savings account** | **W** | **800.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit for utilities.** | **H** | **4,000.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Basic household furnishings including 2 livingroom suites, 1 dinning room suite, 2 bedroom suites, 1 TV, 1 radio-CD player, 1 desk, 1 recliner, 8 end tables and 2 sets of dishes.** | **J** | **3,539.95** |
| | | **6 lamps, 1 TV, 1 piano, washer and dryer.** | **J** | **800.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **40 CD's** | **W** | **200.00** |
| 6. Wearing apparel. | | **Clothing and shoes** | **J** | **500.00** |
| 7. Furs and jewelry. | | **Wife's wedding ring** | **W** | **45.00** |
| | | **Wife's watch, purchased at Wal-Mart.** | **W** | **14.95** |
| | | **Husband's wedding band** | **H** | **45.00** |
| | | **Husband's watch, purchased at Wal-Mart.** | **H** | **39.95** |
| | | **1 engagement ring** | **W** | **220.00** |
| | | **Costume jewelry including 4 necklaces and earrings** | **W** | **60.00** |

                                                      Sub-Total >      **10,584.85**
                                                    (Total of this page)

**3**   continuation sheets attached to the Schedule of Personal Property

Case 2-07-20068-JCN,   Doc 50,   Filed 08/23/07,   Entered 08/23/07 13:56:12,

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Description: Main Document  , Page 2 of 14            Best Case Bankruptcy

In re  **David L. Teets,**
     **Rosalia J. Teets**
                                       ,    Case No.   **2-07-20068**

Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Country Valley Collision. David Teets has 100% interest.** | H | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **1.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **David L. Teets,**
      **Rosalia J. Teets**

Case No.   **2-07-20068**

Debtors ,

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Olds Bravada (72,000 miles)** | **W** | **8,175.00** |
| | | **1996 Ford F150 (106,000 miles)** | **H** | **6,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >     **14,175.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Case 2-07-20068-JCN,    Doc 50,    Filed 08/23/07,    Entered 08/23/07 13:56:12,
Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Description: Main Document  , Page 4 of 14        Best Case Bankruptcy

Form B6B
(10/05)

In re    **David L. Teets,**
         **Rosalia J. Teets**                                                    Case No. __**2-07-20068**__
_____,
                                    Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lawn furniture, push mower, ride mower, log splitter, assorted garden tools, chain saw and tiller.** | **J** | **775.00** |

|  | Sub-Total > <br> (Total of this page) | **775.00** |
|---|---|---|
|  | Total > | **25,535.85** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Case 2-07-20068-JCN,   Doc 50,   Filed 08/23/07,   Entered 08/23/07 13:56:12,
Description: Main Document  , Page 5 of 14

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6D (10/06)

In re    **David L. Teets,**                                 Case No.    **2-07-20068**
       **Rosalia J. Teets**

                                          ,
                                        Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - AMENDED

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Barry Budgar**<br>**800 Pre Emption Road**<br>**Geneva, NY 14456** | X | H | **Personal Guranty of Corporate Debt secured by business property**<br><br>**Location: 800 Pre Emption Road, Geneva NY 14456.**<br><br>Value $     **350,000.00** | | | | **85,000.00** | **0.00** |
| Account No. **2564** <br><br>**Credit Acceptance Corp.**<br>**P. O. Box 513**<br>**Southfield, MI 48037** | | W | **10/2004**<br><br>**Car loan**<br><br>**2000 Olds Bravada (72,000 miles)**<br><br>Value $     **8,175.00** | | | | **7,580.00** | **0.00** |
| Account No. **3786** <br><br>**Dominick P. Massa**<br>**20 Crescent Drive**<br>**Geneva, NY 14456-1360** | | H | **5/2001**<br><br>**Judgment entered in Ontario County on 6/6/01.**<br><br>Value $     **350,000.00** | | | | **12,767.53** | **0.00** |
| Account No. <br><br>**Representing:**<br>**Dominick P. Massa** | | | **Anthony J. Langan, Esq.**<br>**21 Marvelle Road**<br>**Fayetteville, NY 13066**<br><br>Value $ | | | | | |
| **3** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **105,347.53** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re     **David L. Teets,**                         Case No.    **2-07-20068**
          **Rosalia J. Teets**

                                                     Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - AMENDED

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Dominick P. Massa** | | | **Relin, Goldstein & Crane** <br>**re: Massa v. Teets** <br>**1800 First Federal Plaza** <br>**Rochester, NY 14614** <br><br> Value $ | | | | | |
| Account No. <br><br>**Gary Race** <br>**3970 Stoddard Road** <br>**Canandaigua, NY 14424** | X | H | **8/11/1999** <br><br>**Personal Guaranty of Corporate debt secured by business property** <br><br>**Location: 800 Pre Emption Road, Geneva NY 14456.** <br> Value $     **350,000.00** | | | | **254,000.00** | **0.00** |
| Account No. **0337** <br><br>**Household Bank** <br>**6602 Convoy Court** <br>**San Diego, CA 92111** | | J | **Car loan deficiency** <br><br>**1996 Ford F150 (106,000 miles)** <br><br> Value $     **6,000.00** | | | | **3,862.17** | **0.00** |
| Account No. <br><br>**Representing:** <br>**Household Bank** | | | **First Financial Asset Management** <br>**re: Worldwide Asset Management** <br>**P. O. Box 6887** <br>**Miramar Beach, FL 32550** <br><br> Value $ | | | | | |
| Account No. **5775** <br><br>**IMC Mortgage** <br>**P.O. Box 31513** <br>**Tampa, FL 33631** | | J | **6/2005** <br><br>**Mortgage** <br><br>**2925 County Road 6, Geneva, NY 14456.** <br><br> Value $     **245,000.00** | | | | **33,586.04** | **0.00** |

Sheet  **1**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **291,448.21** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re    **David L. Teets,**                       Case No.   **2-07-20068**
       **Rosalia J. Teets**

                                   ,
                              Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**IMC Mortgage** | | | **Mackay, Caswell & Callahan** <br>**246 North Main Street, Suite 201** <br>**Herkimer, NY 13350** <br><br> Value $ | | | | | |
| Account No. **1095** <br><br>**NYS Department of Taxation & Finance** <br>**340 East Main Street** <br>**Rochester, NY 14604** | | H | **1/2005** <br><br>**State tax lien. Filed in Ontario County only on 1/18/05.** <br><br> Value $    **350,000.00** | | | | **4,504.80** | **0.00** |
| Account No. **0988** <br><br>**Ocwen Loan Servicing LLC** <br>**Attn: Bankruptcy Dept.** <br>**12650 Ingenuity Drive** <br>**Orlando, FL 32826** | X | J | **10/1999** <br>**Mortgage** <br>**40 John Street, Geneva, New York 14456. Deed recorded in Ontario County Clerk's Office on November 5, 1999 in Liber 1025 of Deeds, Page 171. This property is jointly owned with debtor's son, Christopher D. Teets. The property** <br> Value $    **26,500.00** | | | | **58,458.11** | **31,958.11** |
| Account No. **7962** <br><br>**Wells Fargo Bank** <br>**3476 Stateview Blvd.** <br>**Fort Mill, SC 29715** | | J | **April, 1997** <br><br>**Mortgage** <br><br>**2925 County Road 6, Geneva, NY 14456.** <br><br> Value $    **245,000.00** | | | | **179,760.33** | **0.00** |
| Account No. <br><br>**Representing:** <br>**Wells Fargo Bank** | | | **Steven J. Baum, Esq.** <br>**re: Wells Fargo Home Mortgage** <br>**P.O. Box 1291** <br>**Buffalo, NY 14240** <br><br> Value $ | | | | | |
| Sheet **2** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal <br>(Total of this page) | | | | **242,723.24** | **31,958.11** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **David L. Teets,** Case No. **2-07-20068**
**Rosalia J. Teets**

_____,
Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. Representing: Wells Fargo Bank | | | Wells Fargo Bank c/o McCalla Raymer, LLC Bankrtupcy Dept. 1544 Old Alabama Road Roswell, GA 30076 Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 639,518.98 | 31,958.11 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Anthony J. Langan, Esq.
21 Marvelle Road
Fayetteville, NY 13066


Barry Budgar
800 Pre Emption Road
Geneva, NY 14456


Bradley Prozeller, Esq.
9 Genesee Park Place
Geneva, NY 14456


Capital One
P. O. Box 30281
Salt Lake City, UT 84130-0281


Capital One Bank
6851 Jericho Turnpike
Suite 190
Syosset, NY 11791


CBCS
re:  Finger Lakes Medical Association
821 Pre Empton Road, Bldg. 100
Geneva, NY 14456


Christopher D. Teets
40 Johns Street
Geneva, NY 14456


Christopher Teets
40 John Street
Geneva, NY 14456


Citi Financial
P. O. Box 499
Hanover, MD 21076


Country Valley Collision, Ltd.
800 Pre-emption Road
Geneva, NY 14456


Country Valley Collission, Ltd.
800 Pre-emption Road
Geneva, NY 14456

Credigy
3950 Johns Creek, Suite 100
Suwanee, GA 30024


Credit Acceptance Corp.
P. O. Box 513
Southfield, MI 48037


Creditors Collection Service
re: New York Central Mutual
319 W. Water Street
Elmira, NY 14902


Dale A. Worrall, Esq.
119 East Seneca Street
Ithaca, NY 14850


Debt Alert
re: Travelers Indemnity
300 Arboretum Place
P. O. Box 26446
Richmond, VA 23261-6446


Delta Management Associates, Inc.
re: Citizens Bank
100 Everett Ave., Suite 6
P.O. Box 9191
Chelsea, MA 02150-9191


Dominick P. Massa
20 Crescent Drive
Geneva, NY 14456-1360


First Financial Asset Management
re: Worldwide Asset Management
P. O. Box 6887
Miramar Beach, FL 32550


Five Star Bank
31 North Main Street
Warsaw, NY 14569


Gary Race
3970 Stoddard Road
Canandaigua, NY 14424

Glass America
5101 Darmstadt Road, Suite A
Hillside, IL 60162


Hall & Associates
re: General Parts Bay City
560 Route 303, Suite 209
Orangeburg, NY 10962


Harris Beach, LLP
re: Joseph Momot
One Park Place, 4th Floor
Syracuse, NY 13202


Household Bank
6602 Convoy Court
San Diego, CA 92111


IMC Mortgage
P.O. Box 31513
Tampa, FL 33631


Joseph Momot
c/o Harris Beach
One Park Place, 4th Floor
Syracuse, NY 13202


Lacy, Katzen, Ryen & Mittleman, LLP.
re: Val Morgan Cinema Advertising
130 East Main Street
Rochester, NY 14604


Lacy, Katzen, Ryen & Mittleman, LLP.
Michael S. Schnittman, Esq.
130 East Main Street
Rochester, NY 14604


Mackay, Caswell & Callahan
246 North Main Street, Suite 201
Herkimer, NY 13350


Malen & Associates
re: PRA III v. Teets
123 Frost Street
Westbury, NY 11590

Marketplace Chrysler Plymouth
3755 W. Henrietta Road
Rochester, NY 14623


Mullooly, Jeffrey
4 Bridge St.
Glen Cove, NY 11542


NCO Financial
re: Progressive Insurance
P. O. Box 41466
Philadelphia, PA 19101


NCO Financial
re: AT&T Corp.
507 Prudential Rd.
Horsham, PA 19044


New York State Dept. of Tax & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYS Department of Taxation & Finance
340 East Main Street
Rochester, NY 14604


Ocwen Loan Servicing LLC
12650 Ingenuity Drive
Orlando, FL 32826


Ocwen Loan Servicing LLC
Attn: Bankruptcy Dept.
12650 Ingenuity Drive
Orlando, FL 32826


Office of Sheriff
Philip C. Pvero
74 Ontario Street
Canandaigua, NY 14424-1898


Primus Automotive Financial Services
1335 S. Clearview Ave
Mesa, AZ

Relin, Goldstein & Crane
re: Massa v. Teets
1800 First Federal Plaza
Rochester, NY 14614


Solomon & Solomon, P.C.
Columbia Circle, Box 15019
Albany, NY 12212-5019


Stanley A. Wagner
9322 State Route 414
Lodi, NY 14860-9641


Steven J. Baum, Esq.
re: Wells Fargo Home Mortgage
P.O. Box 1291
Buffalo, NY 14240


Stewart & Associates, P.C.
P. O. Box 2629
Suwanee, GA 30024


The Credit Bureau
re: Geneva General Hospital
19 Prince Street
Rochester, NY 14607


US Treasury-Financial Management
P. O. Box 830794
Birmingham, AL 35283


Wells Fargo Bank
3476 Stateview Blvd.
Fort Mill, SC 29715


Wells Fargo Bank
c/o McCalla Raymer, LLC
Bankrtupcy Dept.
1544 Old Alabama Road
Roswell, GA 30076


Wolpoff & Abramson, LLP.
re: Colonial Credit
300 Canal View Blvd, 3rd Floor
Rochester, NY 14623-2811