<u>**SUPPLEMENTAL MATRIX**</u>
for
**DAVID L. TEETS and ROSALIA J. TEETS**
Case No: 07-20068

OCWEN
ATTN: Bankruptcy Department
12650 Ingenuity Drive
Orlando, FL 32826

Wells Fargo Bank
c/o McCalla Raymer, LLC
Bankruptcy Dept.
1544 Old Alabama Road
Roswell, GA 30076